### 1935.   FINCH *v.* THE STATE.

RUSSELL, J. The evidence authorized the verdict, and there was no error which requires the grant of a new trial.          *Judgment affirmed.*

Accusation of sale of liquor; from city court of Statesboro—Judge Brannen.   May 1, 1909.

Argued June 22, 1909.—Decided February 10, 1910.

*J. J. E. Anderson, R. Lee Moore,* for plaintiff in error.

*Fred T. Lanier, solicitor,* contra.